PD-0847&0848-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/16/2015 3:21:30 PM
Accepted 7/17/2015 3:20:07 PM
ABEL ACOSTA
CLERK

No. _____

In the

## Texas Court of Criminal Appeals

At Austin

———————◆———————

Nos. 14-14-00154-CR & 14-14-00155-CR

In the

## Court of Appeals

For the

## Fourteenth District of Texas

At Houston

———————◆———————

## Nos. 1323841 & 1390391

In the 185th District Court

Of Harris County, Texas

———————◆———————

**KOJUAN J. MILES**

*Appellant*

V.

**THE STATE OF TEXAS**

*Appellee*

———————◆———————

## STATE'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE A PETITION FOR DISCRETIONARY REVIEW

———————◆———————

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

THE STATE OF TEXAS, pursuant to **TEX. R. APP. P.** 10.1, 10.5(b) and 68.2(c),

moves for an extension of time within which to file its reply to appellant's brief on the

merits. In support of its motion, the State submits the following:

FILED IN
COURT OF CRIMINAL APPEALS

July 17, 2015

ABEL ACOSTA, CLERK

1. Appellant was convicted of the offense of sexual assault of a child and sentenced to seven-years confinement. He also was convicted of the offense of compelling prostitution and sentenced to twenty-years confinement. The judge ordered the sentences to be served consecutively.

2. On June 16, 2015, the Fourteenth Court of Appeals affirmed the two convictions, but ordered the deletion of the cumulation order.

3. The State's petition for discretionary review (PDR) is due on July 16, 2015.

4. The State seeks a 15-day extension until July 31, 2015, to file its PDR.

5. This is the State's first request for an extension.

6. The following facts are relied upon to show good cause for the requested extension:

My completion of this PDR has been delayed by my completion of three other appellate briefs this past month. I also have five other appellate briefs due in the next two weeks.

WHEREFORE, the State prays that this Court will grant the requested extension.

Respectfully submitted,


/s/ Dan McCrory
**DAN MCCRORY**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002
Mccrory_daniel@dao.hctx.net
(713) 755-5826
TBC No. 13489950

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been emailed to the

following email addresses via TexFile:

Nicolas Hughes
Assistant Public Defender
Nicolas.hughes@pdo.hctx.net


/s/ Dan McCrory
**DAN MCCRORY**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-5826
TBC No. 13489950

Date:  July 16, 2015